UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BOBBIE JAMES**, *et al.*,  )<br>  )<br> Plaintiffs,  )<br>  )<br> v.  )<br>  )<br>**NOVARTIS PHARMACEUTICALS**  )<br>**CORPORATION**,  )<br>  )<br> Defendant.  )<br>  ) | Civil Action No.  08-0493 (ESH) |

## ORDER

The Court having been advised that the Judicial Panel on Multidistrict Litigation has ordered that this case be transferred to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, the Clerk of the Court is hereby directed to administratively close this case pending further Order of this Court.

**SO ORDERED**.

                                         /s/
                         ELLEN SEGAL HUVELLE
                         United States District Judge

Date: April 30, 2008